1  ELLEN G. STOEBLING, ESQ.
   State Bar No. 003166
2  **THE LAW OFFICES OF S. DENISE MCCURRY**
   7251 W. Lake Mead Blvd., Suite 349
3  Las Vegas, NV 89128
   Phone: (702) 408-3800
4  ellen.stoebling@farmersinsurance.com
   Attorney for Defendants, TYLER JAMES PROWSE,
5  SCOTT PROWSE AND KATHRYN MCBEATH

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TONI LIX,                                    3:21-cv-00112-WGC

    Plaintiff,

vs.

TYLER JAMES PROWSE, an individual;
SCOTT F. PROWSE, an individual; KATHRYN
L. McBEATH, an individual; ABC
CORPORATIONS I-X; BLACK AND WHITE
COMPANIES I-X; and JOHN DOES I-X,
inclusive,

    Defendants.

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, by and through counsel of record, Adriana Guzman Fralick, Esq., and Defendants, by and through counsel of record, Ellen G. Stoebling, Esq., of The Law Offices of S. Denise McCurry, that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not been entered, therefore no firm trial date has been set.

DATED: 29th June, 2021

                                    AGF LAW

                                    BY: _____
                                    ADRIANA GUZMAN FRALICK, ESQ. #9392
                                    Attorney for Plaintiff, Toni Lix
                                    1699 S. Virginia Street, Ste 202
                                    Reno, NV 89502

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE 1

1
2
3  DATED: _____, 2021         THE LAW OFFICES OF S. DENISE
                                   MCCURRY
4
5                            BY:   _____[signature]_____
6                                  ELLEN G. STOEBLING, ESQ., # 003166
                                   Attorney for Defendants, Tyler James Prowse,
7                                  Scott Prowse and Kathryn McBeath
                                   7251 W. Lake Mead Blvd., Suite 349
8                                  Las Vegas, NV 89128
9
10
11
                                   **ORDER**
12
13     IT IS SO ORDERED this  5th  day of   August   , 2021. Case number 3:21-cv-00112, is
14  Dismissed, With Prejudice. No Jury Trial Scheduled.
15
16
17
                                   _____[signature: William G. Cobb]_____
18                                 UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28